IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DIXIE-NET COMMUNICATIONS, INC.,** **APPELLANT**

**V.** **CIVIL ACTION NO. 3:10-cv-84-M-S**

**BELLSOUTH TELECOMMUNICATION,**
**INC., d/b/a AT&T MISSISSIPPI,** **APPELLEE**

## ORDER

This cause is before the court on motion of defendant/appellee, AT&T Mississippi, to require plaintiff/appellant to refile its appellate brief with proper record citations. (#17). The court, having reviewed the record, the motion, and the applicable law and having heard oral argument, finds as follows:

For the reasons announced by the court on the record at the conclusion of the parties' oral argument on March 16, 2011, the court finds the motion shall be GRANTED.

IT IS, THEREFORE, ORDERED that the plaintiff/appellant shall file a new brief with citations to the record supporting the nineteen assertions addressed in the movant's motion by March 30, 2011. The defendant/appellee shall have thirty days from the date the plaintiff/appellant files its brief to respond.

SO ORDERED, this the 16th day of March 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE