# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

## CIVIL MINUTES

**CASE NUMBER**: 3:10CV84                                   **DATE**: FEBRUARY 9, 2012
**STYLE**: DIXIE-NET COMMUNICATIONS, INC. V. BELLSOUTH TELECOMMUNICATIONS, INC. doing business as AT&T MISSISSIPPI
**PLACE HELD**: OXFORD, MS
**TIME BEGUN**: 10:00 AM
**TIME ENDED**: 12:00 PM
                                                TOTAL TIME: 2 hours

**HONORABLE MICHAEL P. MILLS, CHIEF U.S. DISTRICT JUDGE, PRESIDING**

**Courtroom Deputy:** Sallie Wilkerson          **Court Reporter:** Rita Sisk

Participants:
| FOR THE APPELLANT: | FOR THE APPELLEE: | PUBLIC SERVICE COMMISSION: |
| --- | --- | --- |
| SEAN AKINS | JOHN HENEGAN | JEFF JERNIGAN |
| BART ADAMS | THOMAS B. ALEXANDER | |
|  | DENNIS FRIEDMAN | |

PROCEEDINGS:     ORAL ARGUMENTS

REMARKS:     Arguments taken under advisement.


                                                DAVID CREWS, CLERK

                                                By: /s/ Sallie Wilkerson
                                                    Courtroom Deputy