IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DIXIE-NET COMMUNICATIONS, INC.**            **APPELLANT**

**V.**            **CASE NO. 3:10-CV-84**

**BELLSOUTH TELECOMMUNICATIONS, INC.**
**d/b/a AT&T MISSISSIPPI**

**AND**

**MISSISSIPPI PUBLIC SERVICE COMMISSION;**
**BRANDON PRESLEY, LEONARD BENTZ AND**
**LYNN POSEY, IN THEIR OFFICIAL CAPACITIES**
**AS COMMISSIONERS**            **APPELLEES**

## JUDGMENT

For the reasons given in the Memorandum Opinion issued this day, the court AFFIRMS the ruling of the MPSC. This case is closed.

SO ORDERED, this the 11th day of April, 2012.

           /s/ MICHAEL P. MILLS
           CHIEF JUDGE
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF MISSISSIPPI